IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>FRANCISCO MIRANDA VITALI &<br>ELBA NYDIA ORTIZ ORTIZ<br>PO Box 320<br>Aibonito Puerto Rico 00705<br>SSN: XXX-XX-8583/xxx-xx-8213<br>  Debtors | BANKRUPTCY 09-02334 ESL<br><br>CHAPTER 13 |

## COUNSEL FOR DEBTORS REQUEST TO WITHDRAW
## FROM DEBTORS' LEGAL REPRESENTATION

TO THE HONORABLE COURT:

**COMES NOW** counsel for debtors who prays:

1. Debtors have been represented in this bankruptcy proceeding since its inception in 2009 by undersigned counsel. Throughout this case debtors have struggled to comply with their plan and maintain their mortgage current, after the filing of a prior chapter 7 also by the undersigned attorney. As many debtors before this Court in chapter 13, the ever increasing economic crisis has heavily impacted debtors' finances, adding strain and stress to their lives and their case.

2. As a result of this strain and stress the undersigned has decided that she can no longer help these debtors and that differences between debtors and counsel regarding the management of their case has caused this attorney to decide to seek authorization to withdraw from debtors' legal representation.

3. Counsel's age and particularly her ever diminishing level of energy and memory is also impacting her capacity to continue 'pleasing everyone at all times' and continue to meet all her professional obligations as well.

4. Counsel requests that upon the approval of this Court that debtors be granted 30 days to retain new counsel and/or upon needing counsel, since they are current under their plan at this time and may not need counsel if they continue maintaining their plan current.

5. Debtors have been informed that a copy of their file is available to them upon authorization of our withdrawal from debtors' legal representation by this Court.

6. On this same date a copy of this motion has been electronically mailed to debtors and tomorrow will be sent by mail to debtors to:

    PO Box 320
    Aibonito Puerto Rico 00705

**WHEREFORE** the undersigned attorney very respectfully requests from this Honorable Court that she be authorized to withdraw from debtors' legal representation and that debtors be allowed 30 days within which to appear with substitute counsel and/or when needed in their case.

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee.

In Caguas, Puerto Rico this 27th day of August of 2010.

/s/ *L A Morales Vidal*
USDC PR #120011
L. A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
#76 AQUAMARINA STREET
CAGUAS PR 00725-1908
TEL (787) 746-2434 FAX 258-2658
E-mail: lamoraleslawoffice@gmail.com